MICHELE SINISI ET AL. *v.* SALVATORE GANGI ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

*Robert G. Zanesky,* in support of the petition.

*Thomas J. Heagney,* in opposition.

Decided January 3, 1986

ANNA M. SANCHEZ *v.* FORTY'S TEXACO SERVICE, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 438, is denied.

*Anna M. Sanchez,* pro se, in support of the petition.

Decided January 7, 1986

SOUPER SPUD, INC. *v.* AETNA CASUALTY AND SURETY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 579, is denied.

*Joel Z. Green,* in support of the petition.

*Arnold J. Bai,* with whom, on the brief, was *Garie J. Mulcahey,* in opposition.

Decided January 9, 1986

GREGORY PULASKI *v.* CHARLES J. LEDWITH

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 629, is denied.

*Dennis F. Gaffney,* in support of the petition.

*James M. S. Ullman,* in opposition.

Decided January 16, 1986